```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 19-04441-RNO
Jason R. Beck                                                   Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: AutoDocke         Page 1 of 1         Date Rcvd: Jan 16, 2020
                             Form ID: ntcnfhrg       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
```
db               Jason R. Beck,    1673 Summit Lake Rd,    Clarks Summit, PA  18411-9593
5258484          ATTN: Foreclosure,    425 Phillips Blvd,    Ewing, NJ  08618-1430
5258483          AmeriHome Mortgage,    PO Box 77404,    Ewing, NJ  08628-6404
5258481          Beck Jason R,    1673 Summit Lake Rd,    Clarks Summit, PA  18411-9593
5258486          KML Law Group,    701 Market St # 5000,    Philadelphia, PA  19106-1541
5258482          Law Office of Brian E Manning,    502 S Blakely St,    Dunmore, PA  18512-2237
5258487         +Marioitti Building Products,    1 Louis Industrial Dr,    Old Forge, PA 18518-2058
5285218         +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
5258491        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    PO Box 5855,
                   Carol Stream, IL  60197-5855)
5278790          Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern  PA 19355-0701
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 19:34:12
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5263229          E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 19:34:49
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
5258485          E-mail/Text: bnc-capio@quantum3group.com Jan 16 2020 19:29:34     Capio Partners, LLC,
                 PO Box 3778,    Sherman, TX  75091-3778
5278206         +E-mail/Text: bankruptcydpt@mcmcg.com Jan 16 2020 19:29:35     Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
5258489          E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 19:34:39     Synchrony Bank,
                 Attn. Bankruptcy Department,    PO Box 965060,    Orlando, FL  32896-5060
5258488          E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 19:35:14     Synchrony Bank,    PO Box 965064,
                 Orlando, FL  32896-5064
5258919         +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 19:35:14     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5258490          E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 19:34:39     Synchrony Bank/Home Design,
                 PO Box 960061,    Orlando, FL  32896-0061
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
```
              Brian E Manning    on behalf of Debtor 1 Jason R. Beck BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jason R. Beck,   Chapter 13

**Debtor 1**

Case No.   5:19−bk−04441−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **February 26, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 4, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 16, 2020 |

ntcnfhrg (03/18)