# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | Case No. 5-19-04441 |
|---|---|
| JASON R. BECK | Chapter 13 |
| Debtor | Robert N. Opel, II, B.J. |

## DEBTOR'S CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATION(S)

If there are domestic support obligation claims in a case, the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 requires the Trustee to provide written notice to the holder of the claim, and to the applicable State Child Support Enforcement Agency. In order for the Trustee to comply with the Act, the Debtor/Obligor must complete the following information and verify that the information is true and correct by signing at the bottom of this form.

1. Name of Domestic Support Obligation

    Claim Holder: Beck, Linda L
    Last Name / First / Middle Initial

2. Address of Domestic Support Obligation

    Claim Holder: 608 Meadow Lane, Clarks Summit,
    Street / City
    Lackawanna   PA   18411
    County / State / Zip

3. Telephone Number of Domestic Support Obligation

    Claim Holder: 570-445-0495
    (Area Code) Phone Number

4. If you are paying a Domestic Support Obligation pursuant to a Court Order provide the following:

    Name of Court

    Address of Court

    Docket Number          PACSES#

The undersigned hereby certifies that the foregoing statements are true and correct.

Dated: May 4, 2020    By: *Jason R. Beck*
                          Jason R. Beck Debtor

Client verified information bt telephone on May 4, 2020 and authorized the electronic signature