# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-12-04441 |
| JASON R. BECK | Chapter 19 |
| Debtor | Robert N. Opel, II, B.J. |

## CERTIFICATION REGARDING SERVICE OF AMENDED CHAPTER 13 PLAN
(Altering Funding or Making Technical Amendments)

The undersigned, counsel for the above-captioned Debtor(s), hereby certifies that the **Second Amended Chapter 13 Plan filed on September 29, 2020**, proposes to alter the funding of, or to make technical amendments to, the **First Amended Chapter 13 Plan confirmed on May 7, 2020**, but does not affect the treatment of the claims of any creditors included in the confirmed Plan, including the amounts to be paid, the timing of the payments or the treatment of collateral.

I further certify that the Second Amended Chapter 13 Plan has been served on the Chapter 13 trustee, and because none of the claims provided for in the plan will be affected by the provisions of the Amended Chapter 13 Plan, no further notice is required.

                                          Respectfully Submitted
                                          **Law Offices of Brian E. Manning**
                                          /s/ Brian E. Manning
                                          Brian E. Manning, Esquire
                                          502 S. Blakely, St., Suite B
                                          Dunmore, PA 18512
                                          Tel. 570-558-1126
                                          Fax 866-559-9808

Dated: September 29, 2020