United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                               Case No. 19-04441-RNO

Jason R. Beck                                               Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                                Page 1 of 2

Date Rcvd: Oct 01, 2020                   Form ID: pdf010                             Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jason R. Beck, 1673 Summit Lake Rd, Clarks Summit, PA 18411-9593 |
| 5258484 | | ATTN: Foreclosure, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5258483 | | AmeriHome Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| 5258481 | | Beck Jason R, 1673 Summit Lake Rd, Clarks Summit, PA 18411-9593 |
| 5258486 | | KML Law Group, 701 Market St # 5000, Philadelphia, PA 19106-1541 |
| 5258482 | | Law Office of Brian E Manning, 502 S Blakely St, Dunmore, PA 18512-2237 |
| 5258487 | + | Marioitti Building Products, 1 Louis Industrial Dr, Old Forge, PA 18518-2058 |
| 5285218 | + | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5258491 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 5278790 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Oct 01 2020 21:39:46 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5263229 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Oct 01 2020 21:38:39 | | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5258485 | | Email/Text: bnc-capio@quantum3group.com<br>Oct 01 2020 21:10:00 | | Capio Partners, LLC, PO Box 3778, Sherman, TX 75091-3778 |
| 5278206 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Oct 01 2020 21:10:00 | | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 5258919 | + | Email/PDF: gecsedi@recoverycorp.com<br>Oct 01 2020 21:39:44 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5258488 | | Email/PDF: gecsedi@recoverycorp.com<br>Oct 01 2020 21:39:44 | | Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 5258489 | | Email/PDF: gecsedi@recoverycorp.com<br>Oct 01 2020 21:39:44 | | Synchrony Bank, Attn. Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5258490 | | Email/PDF: gecsedi@recoverycorp.com<br>Oct 01 2020 21:39:44 | | Synchrony Bank/Home Design, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2020　　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian E Manning | on behalf of Debtor 1 Jason R. Beck BrianEManning@comcast.net G17590@notify.cincompass.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Jason R. Beck

**Debtor 1**

**Debtor(s)**

Chapter: 13

Case number: 5:19−bk−04441−RNO

Document Number: 43

Matter: Motion to Modify Confirmed Plan and LBF 3015−2(b).

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on October 14, 2019.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: 11/4/20 Time: 09:30 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **October 21, 2020**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 30, 2020 |

ntsempas(05/18)