# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-19-04441 |
| JASON R. BECK | Chapter 13 |
| Debtor | Robert N. Opel, II, B.J. |

## CERIFICATION OF NO OBJECTIONS

The undersigned hereby certifies that he has this day, October 28, 2020, reviewed the docket in this matter and that no objections have been filed to the Notice of Debtor's Motion to Modify Confirmed Plan with an objection period which expired on October 21, 2020. The undersigned further certifies that he is unaware of either any objections which have not been filed or any other impediment to the entry of the order granting the Motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order permitting the Modification of the Confirmed Plan.

                                        Respectfully Submitted
                                        **Law Offices of Brian E. Manning**
                                        /s/ Brian E. Manning
                                        Brian E. Manning, Esquire
                                        502 S. Blakely, St., Suite B
                                        Dunmore, PA 18512
                                        Tel. 570-558-1126
                                        Fax 866-559-9808

Dated: October 28, 2020