# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON R. BECK                                CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS  
CHAPTER 13 TRUSTEE  
    Movant                                        CASE NO: 5-19-04441-HWV

JASON R. BECK

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on May 23, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of May 23, 2022, the Debtor(s) is/are $5669.52 in arrears with a plan payment having last been made on Nov 01, 2021

In accordance with said stipulation, the case may be dismissed

                                                Respectfully Submitted,  
                                              /s/ Agatha R. McHale  
                                              for Jack N. Zaharopoulos, Trustee  
                                              8125 Adams Drive, Suite A  
                                              Hummelstown, PA 17036  
                                              Phone: (717) 566-6097

Dated: May 23, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON R. BECK  CHAPTER 13
    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-04441-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 23, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| BRIAN E MANNING, ESQUIRE<br>502 SOUTH BLAKELY STREET<br>DUNMORE, PA 18512- | SERVED ELECTRONICALLY |
| JASON R. BECK<br>1673 SUMMIT LAKE RD<br>CLARKS SUMMIT, PA 18411-9593 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2022

/s/ Matt Arcuri
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com