In re:  Case No. 19-04441-HWV
Jason R. Beck  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: May 26, 2022  Form ID: pdf010  Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jason R. Beck, 1673 Summit Lake Rd, Clarks Summit, PA 18411-9593 |
| 5258484 | | ATTN: Foreclosure, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5258483 | | AmeriHome Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| 5258481 | | Beck Jason R, 1673 Summit Lake Rd, Clarks Summit, PA 18411-9593 |
| 5258486 | | KML Law Group, 701 Market St # 5000, Philadelphia, PA 19106-1541 |
| 5258482 | | Law Office of Brian E Manning, 502 S Blakely St, Dunmore, PA 18512-2237 |
| 5258487 | + | Marioitti Building Products, 1 Louis Industrial Dr, Old Forge, PA 18518-2058 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 18:45:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5258483 | ^ | MEBN | May 26 2022 18:36:16 | AmeriHome Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| 5263229 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 18:44:54 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5258485 | | Email/Text: bnc-capio@quantum3group.com | May 26 2022 18:37:00 | Capio Partners, LLC, PO Box 3778, Sherman, TX 75091-3778 |
| 5285218 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 26 2022 18:45:04 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5278206 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2022 18:37:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 5258919 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 18:44:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5258488 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 18:44:53 | Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 5258489 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 18:44:58 | Synchrony Bank, Attn. Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5258490 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 18:44:58 | Synchrony Bank/Home Design, PO Box 960061, Orlando, FL 32896-0061 |
| 5258491 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 26 2022 18:37:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 5278790 | | Email/PDF: bncnotices@becket-lee.com | May 26 2022 18:45:05 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Debtor 1 Jason R. Beck BrianEManning@comcast.net G17590@notify.cincompass.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Jason R. Beck

                    Debtor 1

Chapter: 13
Case No.: 5:19-bk-04441-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    vs.                Movant(s)

JASON R. BECK

                  Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

                    By the Court,

                    */s/ Henry W. Van Eck*
                    Henry W. Van Eck, Chief Bankruptcy Judge
                    Dated: May 25, 2022